FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0131

———————————

ALLEN MUNRO and LINDA MUNRO,

      Plaintiffs and Appellees,

    v.

JOHN MUNRO,

      Defendant and Appellant.

O R D E R

———————————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on August 21, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires the cover page to include the name, the venue of the tribunal, and the judge in which the case originated or from which appeal is taken.

M. R. App. P. 12(1)(d) requires that the statement of facts portion of the brief contain a statement of the facts relevant to the issues for review. The brief needs to include references to the record to identify where to find the facts that Appellee states in the brief. Although Appellee's brief contains a section with a heading identifying it as a Statement of Facts, it does not fulfill the requirements of this Rule.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary should be a clear and concise statement of the arguments made in the body of the brief. Although Appellee's brief contains a section with a heading identifying it as a Summary of the Argument, it does not include a clear and concise statement of the Appellee's arguments.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing

the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 23 2023